1:12-cv-01517-JES-BGC  # 1  Page 1 of 40

E-FILED
Tuesday, 18 December, 2012  04:31:30 PM
Clerk, U.S. District Court, ILCD

Anthony Gay                                    No.

       plaintiff

   Vs.

Dr. Matthews, Dr. Van,

Andrea Moss, Linda Duckworth

And K. Burns

# CAUSE OF ACTION FOR DELIBERATE INDIFFERENCE, DUE PROCESS VIOLATION, CRUEL AND UNUSUAL PUNISHMENT AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Now comes plaintiff Anthony Gay filing this cause of Action "Under imminent danger" on the following grounds:

1. I, Anthony Gay, Am the plantiff in this cause of Action And was At All times pertinent An inmate in Pontiac correctional center And/or Tamms correctional center.

2. The defendant Dr. Matthews is a psychiatrist At Pontiac correctional center And was At All times pertinent A psychiatrist At Pontiac correctional center.

3. The Defendant Dr. Van is a psychiatrist At Tamms correctional center And was At All times pertinent A psychiatrist At Tamms correctional center.

4. The defendant Andrea moss is a licensed clinical social worker at pontiac correctional center and was at all times pertinent a licensed clinical social worker at Pontiac correctional center.

5. The defendant Linda Duckworth is a licensed clinical social worker at pontiac correctional center and was at all times pertinent a licensed clinical social worker at Pontiac correctional center.

6. The defendant K. Burns is a Registered Nurse at Pontiac correctional center and was at all times pertinent a Registered Nurse at Pontiac correctional center.

## COUNT 1# DELIBERATE INDIFFERENCE TO SERIOUS MENTAL HEALTH NEEDS (Defendant Dr. Matthews and Dr. Um)

7. The plaintiff Anthony Gay has self-mutilated himself hundreds of times.

8. The deliberate indifference of defendants to the serious mental health needs of plaintiff is demonstrated by a series of mistreatment occurring closely together in time. The incidents are described in the statements about the plaintiff below

9. Whenever the plaintiff goes three to four weeks without Engaging in self-harm the plaintiff becomes Agitated, Anxious And Experiences Anxiety.

10. The medication Buspar helps Alleviate plaintiff's Anxiety.

11. While in Tamms And/or Pontiac on the following dates plaintiff Engaged in self-harm: 10-6-11; 10-14-11; 10-23-11; 11-16-11; 12-18-11; 1-4-12; 1-16-12; 2-10-12; 3-7-12; 3-24-12; 4-28-12; 5-20-12; 6-2-12; 6-3-12; 6-13-12; 6-17-12; 7-1-12; 7-4-12; 7-5-12; 7-19-12; 8-18-12; 9-10-12; 9-13-12; 10-21-12; 10-25-12; 11-4-12; 11-12-12. ( Also see Appendix)

12. The plaintiff has requested to see the defendant Dr. Van And Dr. Matthews in attempt to receive medication to help Alleviate plaintiff's Anxiety.

13. Between 10-6-11 thru 11-12-12, the defendant Dr. Van And/or Dr. Matthews have refused to Assess And Evaluate plaintiff for the need of medication.

14. The defendant Dr. Van And Dr. Matthews Are well Aware of plaintiff's request for mental health intervention.

15. The plaintiff does not receive medication and/or therapy to help alleviate his anxiety and/or poor impulse control.

16. The plaintiff suffers from a borderline personality disorder.

17. Self-mutilation is a symptom of plaintiff's disorder.

18. The defendants and their agents are intentionally misdiagnosing plaintiff, thus keeping plaintiff from receiving adequate mental health treatment.

19. As a result of defendant Dr. Van and Dr. Matthews denying plaintiff psychiatric treatment the plaintiff has and will continue to suffer.

COUNT 2# INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (STATE TORT CLAIM - ~~███████~~ DEFENDANT DR. MATTHEWS AND DR. VAN)

20. Plaintiff re-alleges paragraphs 7 thru 19

COUNT 3 # DUE PROCESS VIOLATION (FREEDOM FROM BODILY RESTRAINT - DEFENDANT ANDREA MOSS)

21. The plaintiff is locked in a cell 24 hours a day.

22. The plaintiff has been locked in a cell 24 hours a day for 14 years.

23. Being confined in a cell 24 hours a day contributes to plaintiff's anxiety.

24. The plaintiff has an inguinal hernia that constantly bothers plaintiff. It also contributes to plaintiff's anxiety.

25. On 8-18-12 plaintiff became extremely anxious and agitated and tried to cut the inguinal hernia out his scrotum to relieve the pain.

26. As a result, at approximately 1:30 p.m. plaintiff was put in restraints.

27. On 8-19-12 at 9:00 A.M. plaintiff had been in restraints for approximately 19 1/2 hours.

28. While in restraints the plaintiff didn't engage in self-harm or threaten to engage in self-harm.

29. While in restraints the plaintiff was naked, freezing and the restraints were extremely tight making plaintiff's hands and feet numb.

30. On 8-19-12 at 9:00 A.m. the defendant Andrew Moss came to assess plaintiff.

31. The plaintiff, when being assessed by defendant Moss, complained about his condition of confinement (naked, freezing and numbness in hands and feet).

32. The defendant Moss had the authority to have plaintiff removed from restraints and provided clothing.

33. The plaintiff contracted for safety and requested defendant Moss free plaintiff from bodily ~~strangle~~ restraint.

34. The defendant Moss refused to free plaintiff from bodily restraint and allowed plaintiff's uncivilized conditions of confinement to appease her superior — Mental health case manager.

35. As a result plaintiff was left in bodily restraints to suffer an additional 24 hours.

COUNT 4# CRUEL AND UNUSUAL PUNISHMENT (DEFENDANT MOSS)

36. Plaintiff re-alleges paragraphs 21# through 35#

COUNT 5# INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (STATE TORT CLAIM - DEFENDANT MOSS)

37. Plaintiff re-alleges paragraphs 21# through 35#

## COUNT 6# DUE PROCESS VIOLATION (FREEDOM FROM BODILY RESTRAINT — DEFENDANT MOSS AND DEFENDANT DUCKWORTH)

38. On 9-13-12 the plaintiff Engaged in self-harm, including cutting his scrotum.

39. At Approximately 11:10 A.M. plaintiff was placed in restraints.

40. On 9-15-12 At Approximately 8:10 A.M. plaintiff had been in restraints for 45 hours.

41. On 9-15-12 At Approximately 8:10 A.M. the defendant Duckworth came to Assess plaintiff

42. The plaintiff complained to the defendant Duckworth About being in pain — inguinal hernia, And the restraints being too tight.

43. The plaintiff Assured the defendant Duckworth that plaintiff was not At A current risk to Engage in self-harm.

44. The plaintiff contracted for safety And requested defendant Duckworth remove plaintiff from bodily restraint.

45. The defendant Duckworth had the authority to free plaintiff from bodily restraint.

46. The defendant Duckworth refused to free plaintiff from bodily restraint to Appease her superior – mental health case manager.

47. On 9-16-12 At Approximately 8.50 A.M. the plaintiff had been in restraints for 69 hours And 40 minutes.

48. On 9-16-12 At Approximately 8.50 A.M. the defendant Moss came to Assess plaintiff.

49. The plaintiff indicated to the defendant Moss the restraints were too tight And that plaintiff was not At A current risk to Engage in self-harm.

50. Plaintiff requested defendant Moss remove plaintiff from bodily restraint.

51. The defendant moss refused to to remove plaintiff from bodily restraint to Appease her superior – mental health case manager.

COUNT 7# INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
( DEFENDANT Moss AND DEFENDANT DUCKWORTH)

52. Plaintiff re Alleges paragraphs 38# thru 51#

<u>COUNT 8# CRUEL AND UNUSUAL PUNISHMENT (DEFENDANT K. BURNS)</u>

53. On 9-13-12 At Approximately 11:00 p.m. defendant K. Burns came on shift.

54. On 9-13-12 At Approximately 11:30 p.m. plaintiff was due to be offered water, use the urinal And to have his limbs separately And temporarily released.

55. On 9-13-12 At Approximately 11:30 p.m. plaintiff called the defendant K. Burns requesting plaintiff be Allowed to use the urinal And receive some water And Allowed his temporary release according to protocol.

56. The defendant K. Burns ignored plaintiff.

57. The entire time plaintiff was in restraints from 9-13-12 (11:00 p.m.) til 9-14-12 (7:00 A.m.) the defendant K. Burns did not offer plaintiff water or to use the urinal or check the restraints — which were too tight.

58. The Defendant K. Burns falsified plaintiff's medical records on 9-14-12 At 1:10 A.m And 4:00 A.m indicating the defendant K. Burns offered the plaintiff water, the opportunity to use the urinal And plaintiff had no complaints.

## COUNT 9 # INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

## ( STATE TORT CLAIM - DEFENDANT K. BURNS)

59. Plaintiff re-Alleges paragraphs 53# through 58#

### RELIEF REQUESTED

A. That plaintiff be ALunded compensatory And punitive damages

B. That plaintiff be provided therapy And medication (Injunctive relief)

C. That if plaintiff is put in restraints the nurse be present And Ensure plaintiff receive his temporary release of Each limb Every two hours. ( Injunctive relief)

D. That when the restraints are Applied or reapplied the nurse Always check the restraints to make sure they are not too tight. ( Injunctive relief)

E. That if plaintiff has to be put in restraints that After 16 hours Expire he be Evaluated by a psychiatrist face to face And released from restraints unless he doesn't contract for safety.

ISL _____

Anthony Eng B62251
Po Box 99
Pontiac. Il 61764

State of Illinois

## AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state that I am
the plaintiff in this cause of action and the contents thereof
are true and correct to the best of my knowledge.

by _____

Anthony Gay B62251
PO Box 99
Pontiac. Il 61764

APPENDIX

State of Illinois
County of Rock Island

## AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:

That on 10-6-11 I weaved a strip of sheet (Engaging in self-harm) through my right Arm.

/s/ _____

Subscribed And sworn to before me, a notary public, this 6th day of December 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary Public

# AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:
That on 10-14-11 I cut my scrotum and embedded a spork
in it. I showed nurse Jade Ashman my injury. Subsequently
I was provided six sutures.

/s/ _____

Subscribed and sworn to before me, a notary public, this 6th
day of December _____ 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary Public

# AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:

That on 10-23-11 I cut my right thigh.

/S/ _____

Subscribed and sworn to before me, a notary public, this 6th

day of December_____ 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary Public

State of Illinois
County of Alexander

1:12-cv-03517-JES-BGC  # 1   Page 16 of 40

AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:
That on 11-16-11 I wearned a strip of sheet (engaging in self-harm) through my arm.

                                        /s/ _____

subscribed and sworn to before me, a notary public, this 16th
day of December 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky adams
Notary Public

State of Illinois
County of Rock Island

AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:
That on 12-18-11 I cut my left thigh. I was
very agitated and placed in restraints.

/s/ _____

Subscribed and sworn to before me, a notary public, this 6th
day of December 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary Public

State of Illinois
County of [illegible]

# AFFIDAVIT

I, Anthony Gray, being duly sworn under oath state as follows:

That on 1-4-12 I cut my right thigh.

By _____

Subscribed and sworn to before me, a notary public, this 6th day of ___December___ 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary Public

State of Illinois

County of Macoupin

AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as

follows:

That on 1-16-12 I cut my right thigh.

by _____

Subscribed and sworn to before me, A notary public this _10th_

day of _December_ 2012

Becky Adams

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

State of Illinois
County of Menard

AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as
follows:

That on 2-10-12 I cut my right thigh.

                                    by _____

subscribed and sworn to before me, a notary public this 16th
day of December _____ 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary Public

State of Illinois
County of [illegible]

AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:

That on 3-7-12 I cut myself in the right groin area and right shin area.

X _____

Subscribed and sworn to before me, a notary public, this 26th day of December 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary Public

State of Illinois

County of Knox

## AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:

That on 3-24-12 I cut two deep gashes in my right thigh. I also punctured my right arm and ran strips of sheet through my arm like sutures. My injuries required 26 stitches.

/s/ _____

Subscribed and sworn to before me, a notary public, this _16th_ day of _December_ 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary public

State of Illinois
County of [illegible]

## AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:

That on 4-28-12 I cut myself on the left thigh.

X _____

Subscribed and sworn to before me, a notary public, this 20th

day of December 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary Public

County of Illinois

AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:
That on 5-20-12 I cut my right shin AREA.

/S/ _____

Subscribed And sworn to before me, A notary public, this 6th day of December, 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary Public

STATE of ILLINOIS
County of Peoria

AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:

That on 6-2-12 I cut my right shin.

X _____

Subscribed and sworn to before me, a notary public, this 10th

day of December 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary Public

AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:

That on 6·3·12 I cut my left internal leg.

/s/ _____

Subscribed and sworn to before me, a notary public, this 6th _____

day of December _____ 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
notary public

State of Illinois
County of Adams

AFFIDAVIT

I, Anthony Gray, being duly sworn under oath state as follows:

That on 6-13-12 I cut my leg.

/s/ _____

Subscribed and sworn to before me, a notary public, this 26th

day of December _____ 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams

Notary Public

AFFIDAVIT

I, Anthony Gray, being duly sworn under oath state as follows:

That on 6·17·12 I cut my left outer thigh

/s/ _____

Subscribed and sworn to before me, a notary public, this 6th

day of December_____ 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
_____
Notary Public

State of Illinois
County of Alexander

## AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:
That on 7-1-12 I cut my right inner thigh.

Subscribed and sworn to before me, a notary public, this 6th
day of December 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Notary Public

State of Illinois

County of

## AFFIDAVIT

I, Arthur Coy, being duly sworn under oath state as follows:

That on 7-4-12 I cut my right leg.

/s/ _____

Subscribed and sworn to before me, a notary public, this 6th

day of December 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2018

Becky Adams

Notary Public

State of Illinois
County of Livingston

AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:

That on 7-5-12 I cut my left outer thigh.

/S/ _____

Subscribed and sworn to before me, a notary public, this 6th

day of December _____ 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary Public

State of Illinois
County of

AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:
That on 7-19-12 (morning) I weaved medical tape through
my NM.

$\underline{\hspace{1cm} W \quad \text{Gay} \hspace{2cm}}$

subscribed and sworn to before me, a notary public, this $\underline{26th}$
day of $\underline{December}$ 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

$\underline{\text{Becky Adams}}$
Notary Public

State of Illinois
County of _____

I, Anthony Gay, being duly sworn under oath state as follows:

That on 7-19-12 (Evening) I cut my scrotum and stuck a spoon in it, weaved material through it and stuck staples in it.

Subscribed and sworn to before me, a notary public, this 6th day of December 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams

Notary public

State of Illinois
County of Rock Island

## AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:

That on 8-18-12 I cut my right thigh.

ISI. _____

Subscribed and sworn to before me, a notary public, this ____ day of December 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary Public

STATE of Illinois
County of Alexander

AFFIDAVIT
_____

I, Anthony Gay, being duly sworn under oath state as
follows:

That on 9-10-12 I weaved strips of sheet through my Arm
And thigh. I also cut my thigh and weaved a paperclip through
it.

                                    /S/ _____


Subscribed And sworn to before me, A notary public, this □ 6th
day of December _____ 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary Public

State of Illinois
county of [illegible]

AFFIDAVIT

I, Antony Gray, being duly sworn under oath state as follows:

That on 9-13-12 I cut my scrotum and stuck pieces of paperclip in it. I also stuck staples in my arm and weaved strips of sheet through my arm.

\s\ [signature]

Subscribed and sworn to before me, a notary public, this 6th day of December 2012.

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

[signature]
Notary Public

State of Illinois
county of

## AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows.

That on 10-21-12 I cut my left outer thigh.

Subscribed and sworn to before me, a notary public, this 1st

day of December 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary public

State of Illinois

County of Kankakee

## AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:

That on 10-25-12 I cut my thigh.

\s\ _____

Subscribed and sworn to before me, a notary public, this 6th

day of December 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary Public

State of Illinois

County of

## AFFIDAVIT

I, Anthony Gay, being duly sworn under oath state as follows:

That on 11-4-12 I cut my left outer thigh.

/S/

Subscribed and sworn to before me, a notary public, this left

day of December 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary Public

State of Illinois

County of

AFFIDAVIT

I, Anthony Eng, being duly sworn under oath state as follows:

That on 11-12-12 I cut my right bicep and right inner

thigh.

/S/ _____

Subscribed and sworn to before me, a notary public, this 6th

day of December 2012

OFFICIAL SEAL
BECKY ADAMS
Notary Public - State of Illinois
My Commission Expires Dec 22, 2015

Becky Adams
Notary Public